IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO. 14-CR-30116-DRH-1 |
| | ) |
| LAWRENCE M. THIGPEN and | ) |
| ANGELA D. JONES, | ) |
| | ) |
| Defendants. | ) |

**ORDER**
**DENYING MOTION TO WAIVE PRE-SENTENCE INVESTIGATION**

This matter comes before the Court on defendant Lawrence M. Thigpen's motion to waive pre-sentence investigation report ("PSR") (Doc. 31). The government objects (Doc. 33). The Court, having reviewed the motion and the government's response, is not inclined to waive the PSR requirement.[1] The PSR is a vital compilation of information useful to the Court in sentencing. In the instant case, the Court cannot meaningfully exercise its sentencing authority without the PSR.

---

[1] Pursuant to Federal Rule of Criminal Procedure 32(c)(1)(A)(ii), the probation officer must conduct a presentence investigation and submit a report to the court before it imposes sentence unless: the court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, and the court explains its finding on the record.

Accordingly, the motion to waive pre-sentence investigation report is **DENIED**.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2014.

Digitally signed by David R. Herndon
Date: 2014.10.10 16:49:07 -05'00'

**District Judge**
**United States District Court**