IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

       Plaintiff,

v.                              Case No. 3:14-CR-30116-001-DRH

LAWRENCE M. THIGPEN,

       Defendant.

**ORDER TO REDUCE TERM
OF IMPRISONMENT TO TIME SERVED**

      Before the Court is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Lawrence Thigpen, to time served, and commencement of a three-year term of supervised release previously imposed. The court finds:

      1.    On October 15, 2014, Mr. Thigpen pleaded guilty of violating 18 U.S.C. § 1347, Health Care Fraud. On February 13, 2015, the Honorable David R. Herndon, U.S. District Judge for the Southern District of Illinois, sentenced him to 15 months incarceration, followed by three years supervised release.

      2.    Mr. Thigpen, 55 years old, has been diagnosed with coronary artery disease, congestive heart failure, atherosclerotic heart disease, diabetes, chronic obstructive pulmonary disease (COPD), morbid obesity, degenerative joint disease, severe arthritis, and a recent above-the-knee amputation. He is bedridden and requires total assistance with his activities of daily living (ADL).

His medical condition will not improve with treatment.

3.      Title 18 U.S.C. § 3582(c)(1)(A)(i), authorizes the Court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.  The Director of the Federal Bureau of Prisons contends, and this court agrees, that the defendant's debilitating medical condition constitute extraordinary and compelling reasons that warrant the requested reduction.

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the three-year term of supervised release previously imposed.

**SO ORDERED**

**DATED:  10/22/2015**

Digitally signed by Judge David R. Herndon
Date: 2015.10.22 09:40:18 -05'00'

UNITED STATES DISTRICT JUDGE